IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESLIE FEIN as Guardian of
DARRYL STEWART
1730 Rhode Island Ave. NW,
Suite. 1015
Washington, DC 20036

And

JAMIE STEWART,
3103 Naylor Road, SE
Apartment C
Washington, DC 20020

    Plaintiffs.

v.

JON ROBERT STICKMAN
110 Washington Avenue
Apartment 2621
Miami, FL 33139

    Defendant

Case No. 14-1767

## COMPLAINT

### JURISDICTION

1. Jurisdiction of this Court over Defendant Jon Robert Stickman is invoked pursuant to D.C. Code §§ 11-921, 13-422, and 13-423.

### PARTIES

2. Plaintiff Darryl Stewart is a resident of the State of Maryland. He is domiciled in the District of Columbia.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

1

3. Leslie Fein is an attorney with his principal place of business in the District of Columbia. He is the Court appointed Guardian and Conservator of Darryl Stewart. Darryl Stewart is an incapacitated individual.

4. Plaintiff Jamie Stewart is the wife of Darryl Stewart. She resides in the District of Columbia.

5. Defendant Jon Stickman is a resident of the state of Florida.

## FACTS

6. On May 29, 2012 Plaintiff Darryl Stewart was travelling northbound via bicycle on 17th Street, NW, Washington, DC.

7. Plaintiff was travelling in the left travel lane.

8. Traffic forced Plaintiff to cross over the double yellow line and continue north in the left southbound travel lane.

9. Plaintiff fell to the ground.

10. The Plaintiff's bicycle continued northbound.

11. The Plaintiff's bicycle was struck by the Defendant Jon Stickman's vehicle.

12. Defendant Jon Stickman was travelling southbound in the travel lane.

13. The Defendant struck the Plaintiff as he was lying in the roadway.

14. The Plaintiff was not upright when struck by the Defendant.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

15. The Plaintiff's bicycle was not upright when struck by the Defendant.

16. The Plaintiff was transported to George Washington University Hospital for critical injuries.

17. The Plaintiff's bicycle was damaged.

18. The Defendant failed to pay full attention to his surroundings.

19. As a direct and proximate result of the negligent acts and/or omissions of Defendant Jon Stickman, Plaintiff Darryl Stewart sustained severe physical injuries, including but not limited to, brain damage and broken bones.

20. Jon Stickman is liable for any negligent acts that were a proximate cause of the collision with Darryl Stewart.

### COUNT 1 - Negligence

21. Plaintiff incorporates by reference paragraphs 1 through 19 and further alleges that the collision and resulting injuries of Plaintiff Darryl Stewart were the direct and proximate result of the negligence of Jon Stickman whose negligent acts and/or omissions include, but are not limited to, the following:

i. failure to yield the right of way;

ii. failure to keep a proper lookout;

iii. failure to pay full time and attention;

iv. failure to avoid the collision;

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

    v. failure to keep a safe distance in between vehicles;

    vi. failure to operate said vehicle in a reasonable, careful, and prudent manner;

    vii. failure to give warning by blowing horn; and

    viii. failure to adhere to applicable District of Columbia traffic and motor vehicle regulations.

22. The aforesaid negligence was a direct and proximate cause of the collision and the damages suffered by the Plaintiff.

23. As a direct and proximate result of the negligence of Jon Stickman in causing the collision, Plaintiff Darryl Stewart suffered permanent physical injuries including, but not limited to, brain damage and broken bones.

24. As a further proximate result of the negligence of Jon Stickman in causing the collision, Plaintiff Darryl Stewart has suffered and will continue to suffer physical pain and mental anguish; permanent disability which will substantially affect his ability to engage in daily activities; has incurred medical expenses and will continue to incur medical expenses for medical and hospital care and attention in connection with the incident; has incurred and will continue to incur lost wages; and has suffered and will continue to suffer mental and physical pain and suffering and emotional distress associated with all of the above.

25. That as a result of the wrongful and negligent acts of the

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

Defendant the Plaintiffs were caused to suffer, and will continue to suffer in the future, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of their marital relationship.

WHEREFORE, for the foregoing reasons, Plaintiff Darryl Stewart respectfully demands judgment against Defendant Jon Stickman in the full and just amount of $10,000,000 plus costs and interest; and Plaintiff Jamie Stewart demands judgment of $1,000,000.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
DEPAOLIS & LIGHTFOOT, LLP

_/s/ William P. Lightfoot_

William P. Lightfoot     #313593
Paulette E. Chapman     #416437
Kelly J. Fisher     #488431
2001 Pennsylvania Avenue NW, Suite 450
Washington, D.C. 20006
(202) 659-5500
(202)-785-3719 Facsimile
kfisher@koonz.com
Counsel for Plaintiff

## JURY TRIAL DEMAND

Plaintiff requests a jury trial on all counts.

_/s/ William P. Lightfoot_

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

5